UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
June 14, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

## CRIMINAL MINUTES - GENERAL

Case No.   CR 16-774 ODW                                Date   June 14, 2022

Title   United States v. Rangel


Present: The Honorable   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Government:          Attorneys Present for Defendant:

n/a                                        n/a

**Proceedings:**     ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

- ☒ will appear for further proceedings as required if released.
- ☒ will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

- ☒ Allegations in petition
- ☒ Lack of bail resources
- ☐ No stable residence or employment
- ☐ Ties to foreign countries
- ☐ Previous failure to appear or violations of probation, parole, or release
- ☒ Nature of previous criminal convictions
- ☒ Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.   CR 16-774 ODW                                    Date   June 14, 2022

Title   United States v. Rangel

☐   Already in custody on state or federal offense
☒   Refusal to interview with Pretrial Services
☐

☒   Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.